UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

CRIM NO.: 04-125 (JLL)

V.

BRANDI MOHAMMED,                           ORDER MODIFYING
                    Defendant.              TRAVEL RESTRICTIONS

The Defendant, James Campbell, having been sentenced to a period of probation and restitution after pleading guilty to conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 371, on application of the Defendant's attorney, Paul P. Martin, without opposition by the Government, requesting a Order to modify the travel restrictions set by the United States Department of Probation and for good cause shown,

It is on this ____15th____ day of ___August___, 2008,

ORDERED, that the Defendant, Brandi Mohammed, with notice (provide information concerning their itineraries) to the United States Department of Probation, may travel within the continental United States of America.

SO ORDERED: